Conn. App. 343 (AC 23102), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*David J. Robertson*, in support of the petition.

*Margaret McHenry*, pro se, in opposition.

Decided November 4, 2003

### MARGARET MCHENRY *v.* EDWARD NUSBAUM ET AL.

### MARGARET MCHENRY *v.* ELLEN B. LUBELL ET AL.

The petition by the defendant Edward Nusbaum for certification for appeal from the Appellate Court, 79 Conn. App. 343 (AC 23102), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Paul E. Pollock* and *Linda D. D'Albis*, in support of the petition.

*Margaret McHenry*, pro se, in opposition.

Decided November 4, 2003

### CHRISTOPHER DUNN ET AL. *v.* PETER L. LEEPSON, P.C.

The petition by the named plaintiff, Christopher Dunn, for certification for appeal from the Appellate Court, 79 Conn. App. 366 (AC 23106), is denied.

*Christopher Dunn*, pro se, in support of the petition.

Decided November 4, 2003